**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

**Case No.**

**FORREST BUTLER DAVIS,**

    **Plaintiff,**

    **v.**

**I.C. SYSTEM, INC.,**

    **Defendant.**
_____/

## Defendant's Certificate of Interested Persons and Corporate Disclosure Statement

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Defendant I.C. System, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns ten percent (10%) or more of the stock of a party:

- Forrest Butler Davis, Plaintiff (pro se)
- I.C. System, Inc., Defendant

I.C. System, Inc. is not a subsidiary of any parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

1

either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Defendant certifies that **there are no other persons, associations, firms, partnerships, or corporations** known to Defendant that have either a financial interest in or other interest that could be substantially affected by the outcome of this action.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Defendant I.C. System, Inc.:

Joseph C. Proulx, Esq.
GOLDEN ALBINSON PROULX
410 South Ware Blvd., Suite 806
Tampa, FL 33619

For Plaintiff:

Forrest Butler Davis (pro se)

**(4)** [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Plaintiff Forrest Butler Davis is a citizen of Georgia.

Defendant I.C. System, Inc. is a corporation incorporated under the laws of the State of Minnesota, with its principal place of business in Minnesota, and is therefore a citizen of Minnesota.

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent

therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP,* 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. *Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

Submitted this April 16, 2026.

By: */s/ Joseph C. Proulx*
Joseph C. Proulx, Esq.
Georgia Bar No.: 832707
GOLDEN ALBINSON PROULX
410 South Ware Blvd., Suite 806
Tampa, FL 33619
Main Line: (813) 251-3632
Direct Line: (352) 256-8057
Primary Email: jproulx@mgl.law
Secondary Email: jproulx@gapfirm.law
*Counsel for Defendant*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the preceding document has been forwarded via **electronic mail and certified mail, return receipt requested** on the 16th day of April, 2026 to:

Forrest Butler Davis, *Pro Se* Plaintiff

By: */s/ Joseph C. Proulx*
Joseph C. Proulx, Esq.

4