**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**Case No.**

**FORREST BUTLER DAVIS,**

     **Plaintiff,**

     **v.**

**I.C. SYSTEM, INC.,**

     **Defendant.**

_____/

**DEFENDANT I.C. SYSTEM, INC.'S NOTICE OF REMOVAL**

COMES NOW, Defendant I.C. System, Inc., ("Defendant") and files its *Notice of Removal* as follows:

1.    Plaintiff Forrest Butler Davis ("Plaintiff") filed his state court Petition on March 9, 2026, in the Magistrate Court of Gwinnett County, Georgia, styled Forrest Butler Davis v. I.C. System, Inc, Civil Action File No. 26-M-12615 (the "State Court Action").

2.    This State Court Action is based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA").

1

3.    Removal is proper because this case involves a federal question—alleged violations of the FDCPA and FCRA.  Therefore, the entire suit is removable under 28 U.S.C. §§ 1331 and 1441(a).

4.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the state court where the suit has been pending is located in this district.

5.    Removal is timely pursuant to 28 U.S.C. § 1446(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition. Defendant, I.C. System, Inc., was served on March 18, 2026.

6.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is a true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action.

7.    A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the Magistrate Court of Gwinnett County, Georgia.

8.    Defendant hereby demands a trial by jury on all issues so triable.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

/s/ Joseph C. Proulx
Joseph C. Proulx, Esq.
Georgia Bar No.: 832707
GOLDEN ALBINSON PROULX
410 South Ware Blvd., Suite 806

Tampa, FL 33619
Direct Line: (352) 256-8057
Email: jproulx@mgl.law
*Counsel for Defendant*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that this document has been prepared in compliance with Local Rules 5.1 and 5.1B of the United States District Court for the Northern District of Georgia. This document has been prepared using Times New Roman font, in a font size of at least 14-point, with margins that include a top margin of at least 1.5 inches and a left margin of at least 1 inch, and otherwise complies with the font and formatting requirements approved by the Court.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the preceding document has been forwarded via **electronic mail and certified mail, return receipt requested** on the 16th day of April, 2026 to:

Forrest Butler Davis, *Pro Se* Plaintiff

By: */s/ Joseph C. Proulx*
Joseph C. Proulx, Esq.

3