| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Ena Morrison |
| **Subject:** | Pay.gov Payment Confirmation: GEORGIA NORTHERN DISTRICT COURT |
| **Date:** | Thursday, April 16, 2026 11:45:30 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at GANDml_Financial@gand.uscourts.gov or at 404-215-1630.

Account Number: 4954508
Court: GEORGIA NORTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: AGANDC-15167919
Approval Code: 117649
Card Number: ************2004
Date/Time: 04/16/2026 11:45:17 ET


NOTE: This is an automated message. Please do not reply